UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-CV-22272-CMA

RAYMOND T. MAHLBERG,

    Plaintiff,

v.

TED BAKER LIMITED, INC.,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, RAYMOND T. MAHLBERG, and Defendant, TED BAKER LIMITED, INC., by and through their respective undersigned counsel, hereby jointly advise the Court that the parties have reached an agreement to settle the dispute between them pending execution of a settlement agreement. The Parties anticipate that a Joint Stipulation for Dismissal *with Prejudice* will be filed within forty-five (45) days. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines pertaining to the Parties.

Date: August 24, 2022

                                                  Respectfully submitted,

| | |
|---|---|
| By: *s/ Acacia Barros* | By: *s/ Shayla N. Waldon* |
| Acacia Barros, Esq. | Shayla N. Waldon, Esq. |
| Florida Bar No. 106277 | Florida Bar No. 105636 |
| Email: *ab@brroslawfirm.com* | Email: *shayla.waldon@jacksonlewis.com* |
| ACACIA BARROS P.A. | JACKSON LEWIS P.C. |
| 11120 N. Kendall Drive | One Biscayne Tower, Suite 3500 |
| Miami, Florida 33176 | 2 South Biscayne Boulevard |
| Telephone: (305) 639-8331 | Miami, Florida 33131 |
| | Telephone: (305) 577-7600 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |